AO 93 (Rev. 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
## SEALED
for the
Eastern District of California

FILED
JUL - 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of )
)
White 2011 Ford Mustang, )
Illinois License Plate S277437, ) Case No.
VIN 1ZVBP8FF7B5122050 ) 2:15-SW-.376- CKD
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    California   
*(identify the person or describe the property to be searched and give its location):*

**SEE ATTACHMENT A-2, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before 7/13/2015     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/09/2015 1:05pm     *[signature]*
                                                                             *Judge's signature*

City and state:     Sacramento, California            Carolyn K. Delaney, U.S. Magistrate Judge
                                                                                       *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| | Return | |
|---|---|---|
| Case No.: 7A-SC-6226276 / 2:15-SW-376 | Date and time warrant executed: 6/30/15 / 3:00 p.m. | Copy of warrant and inventory left with: IN VEHICLE |
| Inventory made in the presence of: JOHN E. POPE / GLENN BOOTH | | |

Inventory of the property taken and name of any person(s) seized:

Please See Attached FD-597, (reciept of property)

Nothing follows JW

## Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Jim R. Walt*

Subscribed, sworn to, and returned before me this date.

*Carolyn Delaney*     7/8/2015
Signature of Judge     Date

**Carolyn K. Delaney**
**U.S. Magistrate Judge**

## U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

On (date) 6/30/15
At (time) 3:00 pm
(Name) N/A
(Location) Ford Mustang
VIN: 1ZVBP8FF7B5122050

Item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | vacuum filter NO. 038949 |
| 2 | Vacuum filter NO. 044309 |
| 3 | Vacuum filter NO. 038968 |
| 4 | Section of head rest cover with unidentified substance |
| 5 | vacuum filter NO. 032637 |
| 6 | Vacuum filter NO. 032633 |
| 7 | Vacuum filter NO. 040433 |
| 8 | Vacuum filter NO. 032661 |
| 9 | Purple and white Lelo vibrator |
| 10 | clear plastic ziplock bag containing 5 blue pills labeled Orlistat 60 and 37 tan colored pills. |
| 11 | 1 clear bottle containing "make up for ever" foundation, 30 ml. |
| 12 | Clear glass bottle containing "tru blend liquid makeup" |
| 13 | Plastic bottle containing "great lash maybelline" |
| 14 | Blue blood pressure cuff, size 9.5 - 13.25 IN. |
| 15 | "Joseph" dress shirt white in color. Slim fit, size 15 1/2 - 35. |
| 16 | Black night vision goggle harness. |
| 17 | Plastic bottle of "sensual massage" lubricant. |
| 18 | 24 inch orange bolt cutters with store label. |
| 19 | Tape containing hairs and fibers. |
| 20 | American airlines ticket for Matthew Muller dated April 24 2015. |
| 21 | 1 empty zip tie bag. |
| 22 | 1 green and white Colgate toothbrush. |

| ITEM# | DESCRIPTION |
|---|---|
| 23 | 2 Hyatt House hotel key cards |
| 24 | 1 receipt dated 05/13/15 from National Towing. |
| 25 | Passenger side floor mat. |
| 26 | driver side floor mat |
| 27 | 1 Bounce lint roller. |
| 28 | 2 receipts 1) McCarran Intl Airport Parking Receipt dated 04/29/15 2) Becks Receipt dated 08/31/12 |
| 29 | Black Panasonic ear buds. |
| 30 | 1 Hyatt regency key card. |
| 31 | 1 white comforter. |

**(END OF LIST)** — Total of 31 Item(s) Listed

Received by: _____ (Signature)

Received from: _____ (Signature)